# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANDRE L. WOODS,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>KARA LEGRAND, *et al.*,<br><br>　　　　　　　　　Defendants. | 3:24-cv-00056-MMD-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 37 |

Before the court is Plaintiff's Motion to Extend Copy Work Limit. (ECF No. 37.)

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Copy Work Limit (ECF No. 37) is **GRANTED.**  Plaintiff's copy work limit shall be increased by **$15.00** (which should provide Plaintiff up to 150 copies).  The Clerk shall send a copy of this order extending copy work to the Chief of Inmate Services for NDOP (P.O. Box 7011 Carson City, NV 89702) so that the funds can be properly allocated.

DATED:  September 11, 2025.

_____
Craig S. Denney
United States Magistrate Judge