# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ANDRE L. WOODS,

    Plaintiff

v.

KARA LEGRAND, et al.,

    Defendants

Case No.: 3:24-cv-00056-MMD-CSD

**Order**

Re: ECF No. 51

On December 8, 2025, Plaintiff filed a motion for an order overruling Defendants' objections and compelling responses to discovery and requesting sanctions. (ECF No. 51.) Defendants' response to the motion was due on or before December 22, 2025. No response was filed. On December 29, 2025, Defendants moved for an extension of the deadlines set forth in the discovery plan and scheduling order, but no mention was made of Plaintiff's pending motion or Defendants' overdue response. (*See* ECF No. 53.)

On or before **February 17, 2026**, Defendants shall file a response to Plaintiff's motion and include an explanation why they failed to timely file a response. A failure to comply with this order may result in the granting of Plaintiff's motion and/or the imposition of sanctions under Local Rule IA 11-8.

**IT IS SO ORDERED**.

Dated: February 11, 2026

_____
Craig S. Denney
United States Magistrate Judge